# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

Ocala Division

RECEPTION AND MEDICAL CENTER
DATE: 8-1-23
INMATE INITIALS: JW

Joseph John Wilkins

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Case No. _____
(to be filled in by the Clerk's Office)

Marion County Florida

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

FILED 2023 AUG -7 AM 11:06

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Joseph John Wilkins
All other names by which you have been known: 
ID Number: 131882
Current Institution: R.M.C. WEST Unit
Address: P.O. Box 628
Lake Butler, Florida 32054
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Marion County Florida
Job or Title (if known):
Shield Number:
Employer:
Address: 110 NW 1st Ave
Ocala, Florida 34475
City / State / Zip Code
[ ] Individual capacity  [X] Official capacity

Defendant No. 2
Name:
Job or Title (if known):
Shield Number:
Employer:
Address:
City / State / Zip Code
[ ] Individual capacity  [ ] Official capacity

Defendant No. 3
  Name _____
  Job or Title *(if known)* _____
  Shield Number _____
  Employer _____
  Address _____
  _____ City   _____ State   _____ Zip Code
  [ ] Individual capacity   [ ] Official capacity

Defendant No. 4
  Name _____
  Job or Title *(if known)* _____
  Shield Number _____
  Employer _____
  Address _____
  _____ City   _____ State   _____ Zip Code
  [ ] Individual capacity   [ ] Official capacity

II.  **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

  [ ] Federal officials (a *Bivens* claim)

  [ ] State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

SEE EXHIBIT A PERTAINING CASE NO: 2019-CF-000490 Held me without BOND Marion Co Sheriff unlawful detained me

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Florida STATUE 961.06
Unlawfully Detained Me SEE Exhibit A.

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Arrested 2-17-2019 at 5150 SE 112th St Rd.
SEE EXHIBIT A / Florida Statue 961.06

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

N/A

C. What date and approximate time did the events giving rise to your claim(s) occur?

2-17-2019 Approx 12:00 pm

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was arrested by Marion Co Sheriff Ricky Vandel, Mitchial Groo witnessed SEE EXHIBIT: A Pentrinining CASE NO: 2019-CF000490

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I was asalted in the Co Jail 3 Time's gaurds do nothing To Repont I went to Medical.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I Had to bail myself out AND my BOND WAS REVOKED AND I was held for 28 mounths before State Droped changes physrical AND mental damnages 15 million

VII.   **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Marion Co Jail / Assault partial of suit

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☒ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

   N/A

2. What did you claim in your grievance?

   N/A

3. What was the result, if any?

   N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   N/A

F.  If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

I was ilegaly detained (Fla. Status 961.06)

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

NONE

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No       N/A

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☐ No

N/A

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

   N/A

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

N/A

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

N/A

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-31-2023

Signature of Plaintiff: *Joseph John Wilkins*
Printed Name of Plaintiff: Joseph John Wilkins
Prison Identification #: 131882 RMC WEST
Prison Address: P.O. Box 628
Lake Butler, FL 32054
City / State / Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
_____
City / State / Zip Code
Telephone Number: _____
E-mail Address: _____

EXHIBIT A pertaining case No: 2019-CF-000490

Marion County Sheriff Department charged, I Joseph J Wilkins with Grand Thrift on 2-17-19, For a truck I was buying from one Mathew Benton. I had too Bond out of jail and in Febuary of 2020. The court revoked my bond. I was held without a bond for 28 mounths give or take a few days. Detective Frost did not question me or even investigate. If he would of I could of shown him a tex message from Mathew Bentons phone which proves my innocence. I also could of gave him a list of people that knew my arrangment with Mathew Benton. Instead Detective Frost just issued a warrent for my arrest with no proable cause. The state held me accountable for 41 mounths give or take a few days. Droping the case two days before Jury selection. So Im suing for mental and physical damages for the sum of 15 million dollars.

<u>Sworn Affidavit Under Oath</u>

Under Penalties of Perjury I Joseph J Wilkins affirm the above style statement is True and Correct.

Respectfully
X Submitted;

*Joseph J Wilkins*
Joseph J Wilkins

CHARGING AFFIDAVIT
PERTAINING CASE NO: 2019-CF-000490
ON 2-17-2019 I Joseph J Wilkins was arrested by Marion County Sheriff Dept. for a crime that was never committed. I was buying a truck from Mathew Benton for $1500, I had already paid $1200 on the truck, when Mrs Benton and Mathew Benton reported the truck stolen. Mathew Benton texed me on Friday from phone number 615-689-9586 to phone number 352-470-4849 "Boost still has records on file" when I could pick up the truck and when he would need it back or when he would be back on one Sunday of Febuary in 2019. We worked together and he was going down south for the week end. I needed the truck for a job we started on Friday. Upon return on Sunday he reported the truck stolen and stated to the police he hadn't seen me in 6 to 8 mounths when I lived accross the street and we worked together two days prior. Mitch Groo phone number 352-502-5608 and Richard Vandel 352-233-7559 both were witnesses. That Mathew Benton gave me the key on Friday two days prior of the police report. The truck was wrecked on 475 on Saturday night. Mrs Benton reported the truck stolen from her house and collected home owners insurance for the truck "Fraud". I can produce several witnesses that will testify of my agreement with Mathew Benton for the purchase of the truck. Ernie Gerber will testify to the fact Mathew Benton was with me working

on his house phone number 352-484-5103. List of witnesses, Shane Luke, Sean Scott, Anngie Peterson, Mitch Groo, Ricky Vandel, Jennie Kistleman, Austin Wilkins and Dillan Wilkins all can testify that Mathew Benton was working with me and had recently been in contact with me prior to his statement to the Police besides the Tex-messages. I would like charges against the Bentons for perjury of a Police report and Fraudulently collecting insurance money for a crime that was never committed. Under penalties of perjury I Joseph J Wilkins under oath confirm the above style statement is true and correct.

I Joseph J Wilkins under Authority of F.S.A. § 92.525 Florida Statues Annotated (2016) and State-v-Shearor 628 So 2d 1102 (Fla 1994) Partitioner. Has this sworn as proof I was defrauded by Mrs Benton and Mathew Benton and I have more than one witness that will verify with a sworn affidavit under oath that these two committed Fraud upon the Court and Falsified Police Report under penalty of perjury a Third Degree Felony. I am pressing Charges against both of them. Insurance Fraud and perjury in its entirety.

Joseph J Wilkins
Joseph J Wilkins
Signature of Affiant

7-27-23